EXHIBIT "B"

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* * * * * * * * * * * * * * * * * * * * *

PEERLESS INSURANCE COMPANY and
SAFECO INSURANCE COMPANY,
    Plaintiffs,

Condensed Copy

vs.    Civil Action No. 3:10-cv-00868(JCH)

BROAN-NUTONE, LLC and
JAKEL MOTORS INCORPORATED,
    Defendants.

* * * * * * * * * * * * * * * * * * * * *

DEPOSITION OF CARL M. MAUCIONE, PhD

TAKEN AT: FOLEY & LARDNER, LLP
LOCATED AT: 777 East Wisconsin Avenue
Milwaukee, Wisconsin
July 25, 2011
1:45 p.m. to 3:21 p.m.

* * * * * * * * * * * * * * * * * * * * *

REPORTED BY ANNICK M. TRIMBLE
REGISTERED PROFESSIONAL REPORTER

Job No. CS343801

Page 22

1  when I do so I'm encompassing your terminology
2  as you understand it with regard to fractional
3  motors and subfractional motors. Understand?
4  A  Okay.
5  Q  You understand that?
6  A  Yes.
7  Q  The other instruction I forgot to tell you is
8     because what you say is being taken down
9     stenographically you need to respond verbally.
10 A  Okay.
11 Q  Very good. I did see Mr. Frisse's name on the
12    bottom of this e-mail message. There's a
13    handwritten note attached to this e-mail which
14    actually goes on for a few pages in length, but
15    it says, "A note for you," at the top. Do you
16    see what I'm looking at? I'm showing it to you
17    now.
18 A  Yes.
19 Q  All right. Says, "Page 72 small electric
20    motors, helmet Moczala, M-O-C-Z-A-L-A, Statter
21    (phonetic.) FE," which is iron -- no, FE is
22    what?
23 A  FE is iron.
24 Q  Iron. Got to remember my periodic table, man.
25    "Main winding copper loss, CU loss," right?

Page 23

1  A  Correct.
2  Q  "Shading coil loss, I to the second power, R
3     rotor, friction," and goes on from there. What
4     are those notes?
5  A  Okay. Those notes are I looked on the Internet
6     when I first got introduced to this issue and I
7     was trying to get an idea on a motor similar to
8     this where the losses are, and that data, which
9     is written down there, is -- are the numbers I
10    pulled off the Internet, and the last copy on
11    that stack is page 72 or 73 of that book.
12 Q  I see that.
13 A  Which has the exact numbers.
14 Q  All right. Also in your file is a -- the
15    report dated June 30, 2011 which has final,
16    right?
17 A  That's correct.
18 Q  Was there drafts of this report?
19 A  There was a series of drafts. What I did, when
20    I went through the reports of Mr. Berendsohn I
21    took down notes everywhere and it generated a,
22    kind of a mess, which was not really focused on
23    the issue at hand, and the final indicates that
24    I focused on the main characteristics or main
25    disagreements with Mr. Berendsohn and that's

Page 24

1  why it's called final, and that's what you see
2  in front of you.
3  Q  Yes, and I've been provided with a copy of it
4     as well in connection with defendant's
5     disclosure of expert witnesses, but drafts were
6     discarded?
7  A  Oh, yeah, and some of them it would be probably
8     kind to call them drafts. There was series of
9     notes.
10 Q  Did you keep the notes?
11 A  Generally they're on little pieces of paper.
12 Q  So the answer is you did keep the notes.
13 A  Only the ones you see in front of you.
14 Q  So certain notes were discarded.
15 A  Correct.
16 Q  Why were they discarded?
17 A  Well, once I kind of get them together and you
18    start honing this thing you throw them away.
19 Q  Did you perform any testing in connection with
20    the opinions you formulated in this matter?
21 A  No, I did not.
22 Q  Did you make any -- are any of the findings
23    within your report, were they shared with
24    anyone else for peer review purposes?
25 A  No, I did not.

Page 25

1  Q  There's also a manual in here called "Steel
2     Products Manual Flat Rolled Electrical Steel,
3     March of '78." What is that from?
4  A  That's an industry publication which explains a
5     lot of the definition and terminology used in
6     the electrical steel business. It's kind of an
7     ancient document but it's fundamentally still
8     correct.
9  Q  And on the back there's some --
10 A  Yeah.
11 Q  What is that?
12 A  Comes from ancient history. That was not for
13    this. That was written 20 years ago, simply an
14    explanation of a VH curve that I used with
15    someone sometime back in ancient history.
16 Q  And looks like it's a one sheet with three hole
17    punches in it. Would this be your time
18    records?
19 A  That's correct.
20 Q  You first got involved in this matter on June
21    9, 2011, and it looks like you submitted your
22    report on June 30. Is that fair? Take a look
23    at it if you'd like.
24 A  If that's what it says, that's correct.
25 Q  All right. And so you reviewed what you

7 (Pages 22 - 25)