# EXHIBIT 2

Dr. Carl Maucione                                                         June 30, 2011
PO Box 232
Churubusco, In 46723


To: George A. Dagon Jr.
Murtha Cullina LLP
City Place 1
185 Asylum Street
Hartford, CT 06103-6039

## Re: Connecticut Direct Mail Fire Investigation

Comments and opinions on review of Oscar Berendsohn and General and
Forensic Material Science (GMS) investigations specific to
**Steel Type usage in Jakel Motor Model J239-5138**.


I have been asked to review several reports by Oscar Berendsohn and GMS, as well as deposition testimony by Mr. Berendsohn, pertaining to the above investigation, for the purpose of furnishing opinions in response to Mr. Berendsohn, specifically with respect to steel usage for laminations in the Jakel motor model J239-5138. With respect to the lamination steel, there are certain opinions expressed by Mr. Berendsohn with which I disagree, and I will comment on them below.


### A.)   Mr. Berendsohn states: "Lower silicon irons are adequate for DC motors but not for AC Motors*".

1. This is not correct as most fractional horsepower AC motors manufactured in the USA or in Mexico use semi processed carbon motor lamination steel.
2. Small, subfractional horsepower motors, like the Jakel motor in question, are even more prone to use carbon steel. Virtually all of the subfractional horsepower motors manufactured in the US or Mexico do use carbon steel.
3. Semi processed carbon steels are annealed prior to use in a motor. This anneal, if properly performed, will lower the core losses by about 50% from the unannlealed state.
4. In my opinion, the semi processed steel specified by Jakel for use in the laminations of this motor is an appropriate choice, with perfectly suitable quality and magnetic characteristics for the intended application.

2

*GMS letter to Dan Theveny February 17th, Progress Report One

**B.)   Mr. Berendsohn states: "The writer in previous analyses of these motors has received recommendations from a lamination manufacturer (Car-Tech) which recommends about 2.75 percent silicon for the iron or steel to lower the eddy currents.* "**

1. Carpenter Technology (Car-Tech) is a premier manufacturer of steel for special and highly engineered applications, but not for the kind of lamination application described in the subject motor.
2. Carpenter Technology's applications are heavily solenoids, switches and relays where higher silicon is used for predominately hardening of the steel to resist impact deformation as well as controlling core losses.
3. Carpenter Technology shows soft magnetic silicon iron alloys and soft magnetic iron alloys in their online catalogue but Carpenter is not a volume producer for applications such as shaded pole motors. Carpenter customer applications can be characterized as specialized and relatively low volume.
4. I have examined the Carpenter products (http://www.cartech.com/ssalloys.aspx?taxid=90) and recommended applications on their website and find no indication of use for laminations or for motors of the type under discussion here.
5. As I have noted above, the use of semi processed electrical steels is very common in laminations for motors such as the Jakel motor in question. There are many many types, sizes and qualities of electrical steels used in the industry today. The type, size and quality of the electrical steel selected by Jakel for the subject application were all appropriate.

*GMS letter to Dan Theveny February 3rd, 2011 requesting additional testing beyond that of January 31, 2011

**C.)   Mr. Berendsohn contends that the I core was the "main contribution" to heat in the locked rotor test that he conducted *.**

This contention is not correct. Consider—

The coil will generate I^2R losses of about >.8^2*155.8 ohms = 99.7 watts
This assumes the inductive reactance of 155.8 ohms as calculated in the February 3rd report by GMS titled Investigation of Bathroom Fan Bearings and Winding at GAI Engineers.

At an I core weight of .2 lb., and a watts loss of 4w/lb   = 00.8 watts are generated in the I core.

Adjusting for the operating flux density of the motor at 13.5 KG. The heat generated by the I core is approximately 00.7 watts.

00. 7 watts is less than 1% of that of the coil per Mr. Berendsohn's calculations.

It is about that of an electric toothbrush.*
It is about half that of a clock.*
*http://www.oksolar.com/technical/consumption.html

In addition, as temperatures increase, lamination steel losses decrease slightly because of increasing steel resistivity.

**The I core steel contribution to total heat generated is de minimis.**

The temperature rise relationship between the coil and the I core as described by Mr. Berendsohn in his progress report two (letter March 2, 2011) was a function of the placement of the thermocouples and the flow of heat and not the point of heat generation.

*GMS letter to Dan Theveny March 16th 2011, Closing report

### Qualifications, Prior Testimony, and Compensation

I am attaching a copy of my resume, which provides information about my background, experience and qualifications. I have not authored any publications within the past ten years, and I have not testified as an expert witness in any trial or deposition within the past four years. Compensation is for time at 75$/hr plus incurred costs, expensed at cost. Approximate total time to this point is 50 hours.

/s/ Carl Maucione
Dr. Carl Maucione