# EXHIBIT 3

Dr. Carl Maucione
Physical: 8199 E US 33, Mailing: PO Box 232
Churubusco, IN. 46723
Home: 260-693-6258   Cell: 260-402-1749

I have been retired since 2004 and engage in part time consulting.

## Employment

**Retired and doing private consulting:**   Since retiring I have engaged with several companies in the areas of my past expertise including; copper commodity hedging, magnet wire purchases, capacitors, electrical steel purchases and applications, miscellaneous metal and plastic fabrication and molding, and magnetic imaging equipment design in both the US and southeast ASIA.

**Manager, Global Laboratories**　　　　　　　　　　　　　　　　　　　　　　　　　10/98-4/04
**GE INDUSTRIAL SYSTEMS**
**Fort Wayne, IN**

Managed and consolidated laboratory operations in $5.6B business with 92 locations worldwide. Directly controlled major labs with both hourly and union employees in areas of materials, manufacturing processes, test & instrumentation, advanced analytical tools (i.e. ANSYS, FEA, electromagnetics, etc.).  Responsible for providing WEB-based structure for global continuity among labs in India and China.

**Manager, Process Technologies**　　　　　　　　　　　　　　　　　　　　　　　　1/98-10/98
**Acting Manager, Sourcing**
**GE INDUSTRIALCONTROL SYSTEMS**
**Fort Wayne, IN**
Managed copper/aluminum/steel/magnet wire buys ($300 Million) along with scrap sales and commodity hedges. Sourcing operation was $2.5B business. Led materials laboratories and three teams of individuals dedicated to stamping, casting, and winding.  Maintained Board of Director position for Mexican border plant. Led metal transitions to Mexico.

**Manager, Supplier Quality Assurance**　　　　　　　　　　　　　　　　　　　　　11/96-1/98
**GE INDUSTRIAL CONTROL SYSTEMS**
**Fort Wayne, IN**
Combined core process technology organization and its functional responsibilities with supplier quality organization for 32 GEICS plants (grew from 1 to 12 people).   Added responsibility for magnet wire purchase and directorship of joint venture Mexican border plant in 1997.

**Manager, Core Process Technologies**　　　　　　　　　　　　　　　　　　　　　2/93-11/96
**GE MOTORS & INDUSTRIAL SYSTEMS (GEMIS)**
**Fort Wayne, In**
After establishing the Core Process Technology group assumed worldwide responsibility for all steel, copper, and aluminum sourcing and usage across 32 plants and joint ventures. Responsibilities included major facilities rationalizations involving steel, copper, aluminum, and technical support laboratories for GEMIS (includes all materials and test support).

**Acting Manager, Materials & Process  Engineering**　　　　　　　　　　　　　　8/92 –1/93
**GE MOTORS**
**Fort Wayne, IN**
Responsible for combining laboratories, sourcing, and process technology across a 24-plant base.  Developed an engineering organization responsible for procurement, technology, and process engineering.  Expanded GE MOTORS global options on sourcing and process steel technology.

**Manager, Materials & Engineering Laboratories**　　　　　　　　　　　　　　　　6/90-8/92
**GE MOTORS**
**Fort Wayne, IN**
Broad responsibility for pooled business functions of electromagnetics, bearings, instrument development, noise and

vibration, insulation systems, liquid coatings, metallurgical analysis and magnet wire engineering. Maintained direct responsibility for lamination steel and wire development.

### Manager, Materials Engineering     6/86-6/90
### GE MOTORS
### Fort Wayne, IN

Served as Manager of Magnet Wire Engineering with active responsibility for motor business metallurgical technology including insulation and liquid coatings. Maintained laboratory with primary focus for materials cost reduction and replacement programs, UL testing and analytical trouble shooting and factory support.

### Supervisor, Metallurgical Technology     10/84-6/86
### GE MOTORS
### Fort Wayne, IN

Supervised technical efforts of metallurgical support and development activities for motor business group. Initiated materials purchasing standardization effort for all motor materials.

### Research Engineer-Metallurgy     10/80-10/84
### CPTO-AR&D LAB
### GE MOTORS
### Fort Wayne, IN

Responsible for magnetic steel development, magnet wire support, high-pressure rotor die casting and cast iron frames.

### Development Metallurgist-Senior Metallurgist     1/71-10/80
### Power Transformer Laboratory Operations
### GE COMPANY
### Pittsfield, MA

Major developmental responsibility for oriented silicon steel application to large power and distribution transformers. Support supplied for welding, annealing, coating, and magnet wire operations.

### Assistant Metallurgical Engineer     6/66-9/66
### ACF INDUSTRIES     6/65-9/65
### Albuquerque, NM

Researched and developed aerospace components and weapons *as AEC* subcontractor.

### Research Assistant     9/65-6/66
### Minerals Research Lab     9/64-6/65
### New Mexico Bureau of Mines     2/64-6/64
### Socorro, NM

Performed research and hydro-metallurgy (bacterial oxidation and acid leaching) of molybdenum, uranium and copper.

## EDUCATION
**M.S. and PhD. METALLURGICAL ENGINEERING**     1967-1970
    Michigan Technological University, Houghton, Michigan
**B.S. METALLURGICAL ENGINEERING**     1966
    New Mexico Institute of Mining & Technology, Socorro, New Mexico
**GE ENGINEERING OPERATIONS COURSE**     1983
**GE MANAGEMENT DEVELOPMENT COURSE**     1989
**GE GLOBAL BUSINESS MANAGEMENT COURSE**     1993
    Southeast Asia

## **SKILLS**

Design for Six Sigma (DFSS) training
Six Sigma Senior Master Black Belt
GE Time Sharing (Basic & Advanced Basic); taught 12 week course.
GE Technical Writing; Marketing Dynamics
Change Agent (1990 through present)
WINS Training (Workshop in Negotiating Skills)
GE Managerial Awards (1974, 1984, 1985)
GE Leadership Awards (1992, 1993, 1994, 1996)
Twelve publications and patents in areas of analytical technique development, computer applications, steel processing, grain boundary chemistry, and oriented crystal growth. None in last ten years.
35 patent dockets covering welding, analytical apparatus, processing and coating magnetic core steel.
Broad knowledge of the application of state-of-the-art materials characterization techniques to processes.
Substantial foreign travel and business relationships within steel, copper, and aluminum using and *producing* industries. (Asia, *Mexico,* Europe)
Heavily engaged in outsourcing components and plant rationalizations. (Particular emphasis on Mexico)